United States Bankruptcy Court
Central District of California

Bruno,
    Plaintiff

Adv. Proc. No. 11-01202-GM

Halper,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0973-1　　　User: admin　　　Page 1 of 1　　　Date Rcvd: Jun 15, 2015
　　　　　　　　　　　　　Form ID: pdf031　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2015.
aty　　　　　+Linda J Candler,　　4519 Admiralty Way #206,　　Marina Del Rey, CA 90292-5428

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
pla　　　　　Barbara Bruno
dft　　　　　Shellie Melissa Halper
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2015　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2015 at the address(es) listed below:
　　　　　Baruch C Cohen　　on behalf of Defendant Shellie Melissa Halper  bcc4929@gmail.com, pjstarr@starrparalegals.com
　　　　　David Keith Gottlieb (TR)　　dkgtrustee@dkgallc.com, dgottlieb@ecf.epiqsystems.com, rjohnson@dkgallc.com,akuras@dkgallc.com
　　　　　United States Trustee (SV)　　ustpregion16.wh.ecf@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 3

**FILED & ENTERED**

JUN 15 2015

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY Gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Shellie Melissa Halper<br><br><br><br>                          Debtor.<br><br>Barbara Bruno<br><br>                         Plaintiff,<br>  v.<br><br>Shellie Melissa Halper<br><br><br><br>                         Defendant. | CHAPTER 7<br><br>Case No.:  1:09-bk-23807-GM<br>Adv No:   1:11-ap-01202-GM<br><br>**ORDER RE NOTICE OF HEARING ON PLAINTIFF'S MOTION TO REOPEN ADVERSARY ACTION**<br><br>Date:        July 21, 2015<br>Time:      10:00 a.m.<br>Courtroom: 303<br>               21041 Burbank Blvd.<br>               Woodland Hills, CA |

    On June 9, 2015, Plaintiff Barbara Bruno ("Plaintiff") filed a Motion to Reopen Adversary Action ("Motion").  Based on a review of the Motion, as well as the case docket, the Court hereby sets the Motion for hearing on July 21, 2015 at 10:00 a.m. in Courtroom 303.  Further, Plaintiff must serve all interested parties with the Motion, if she

-1-

1   has not yet done so, within seven days of the entry of this order.

2        IT IS SO ORDERED.

3        ###

Date: June 15, 2015

Geraldine Mund
United States Bankruptcy Judge